IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 JUL 15 PM 4: 15

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                               NO. 03-20454-Ma

JANELL CAGE,

    Defendant.

ORDER DENYING MOTION

The defendant, Janell Cage, filed a document with the court on July 12, 2005, entitled "Motion to Ammend [sic] Sentence." Ms. Cage is represented by counsel. She is not *pro se*. The court finds that this motion is without merit and should be denied and instructs the defendant not to file any further documents *pro se*. The court instructs the clerk not to accept any *pro se* filings from this defendant.

It is so ORDERED this 14th day of July, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  7-18-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 86 in case 2:03-CR-20454 was distributed by fax, mail, or direct printing on July 18, 2005 to the parties listed.

---

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT